**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of Massachusetts
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

Vero Health XV, LLC d/b/a Vero Health & Rehab of Amesbury

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

Vero Health
Vero Healthcare Management, LLC

**4. Debtor's federal Employer Identification Number (EIN)**

☑ Unknown

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5. Debtor's address**

| **Principal place of business** | **Mailing address, if different** |
|---|---|
| 22 Maple Street | 10500 Little Patuxent Parkway, Suite 300 |
| Number   Street | Number   Street |
| | |
| | P.O. Box |
| Amesbury        MA    01913 | Columbia        MD    21044 |
| City              State  ZIP Code | City              State  ZIP Code |
| | |
| | **Location of principal assets, if different from principal place of business** |
| Essex | 1500 Little Patuxent Parkway |
| County | Number   Street |
| | Suite 300 |
| | Columbia        MD    21044 |
| | City              State  ZIP Code |

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1

Debtor  Vero Health XV, LLC d/b/a Vero Health & Rehab of Amesbury   Case number (*if known*)_____
         Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

**8. Type of debtor's business**

*Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the types of business listed.
☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____   Relationship _____

District _____ Date filed _____ Case number, if known _____
                                          MM / DD / YYYY

Debtor _____   Relationship _____

District _____ Date filed _____ Case number, if known _____
                                          MM / DD / YYYY

### Part 3: Report About the Case

**10. Venue**

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor   Vero Health XV, LLC d/b/a Vero Health & Rehab of Amesbury         Case number (*if known*) _____
         Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| PharmScript of MA LLC | Agreement for Judgment | $ 313,420.92 |
| Adaptige, LLC. | Consent Judgment | $ 84,764.89 |
| Aegis Therapies, Inc. | Judgment | $ 184,071.15 |
| | Total of petitioners' claims | $ 582,256.96 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**
PharmScript of MA LLC c/o Amann Burnett PLLC
Name
757 Chestnut Street
Number   Street
Manchester       NH       03104
City             State    ZIP Code

**Name and mailing address of petitioner's representative, if any**
_____
Name
_____
Number   Street
_____
City      State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9-12-2023
            MM / DD / YYYY

X  /s/ William J. Amann, Esq. counsel for PharmScript of MA LLC
Signature of petitioner or representative, including representative's title

**Attorneys**

William J. Amann, Esq.
Printed name
Amann Burnett PLLC
Firm name, if any
757 Chestnut Street
Number   Street
Manchester       NH       03104
City             State    ZIP Code

Contact phone   603-696-5404   Email  wamann@amburlaw.com

Bar number   # 648511

State   MA

X  /s/ William J. Amann, Esq.
Signature of attorney

Date signed   9-12-2023
              MM / DD / YYYY

Debtor: Vero Health XV, LLC d/b/a Vero Health & Rehab of Amesbury

Case number (if known): _____

---

**Name and mailing address of petitioner**

Name: Adaptige, LLC. c/o Amann Burnett PLLC
Number Street: 757 Chestnut Street
City: Manchester  State: NH  ZIP Code: 03104

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City / State / ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9-12-2023 (MM/DD/YYYY)

✗ /s/ William J. Amann, Esq., counsel for Adaptige, LLC.
Signature of petitioner or representative, including representative's title

Printed name: William J. Amann, Esq.
Firm name, if any: Amann Burnett PLLC
Number Street: 757 Chestnut Street
City: Manchester  State: NH  ZIP Code: 03104
Contact phone: 603-696-5404  Email: wamann@amburlaw.com
Bar number: # 648511
State: MA

✗ /s/ William J. Amann, Esq.
Signature of attorney
Date signed: 9-12-2023 (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: Aegis Therapies, Inc., c/o Amann Burnett PLLC
Number Street: 757 Chestnut Street
City: Manchester  State: NH  ZIP Code: 03104

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City / State / ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9-12-2023 (MM/DD/YYYY)

✗ /s/ William J. Esq., counsel for Aegis Therapies, Inc.
Signature of petitioner or representative, including representative's title

Printed name: William J. Amann, Esq.
Firm name, if any: Amann Burnett PLLC
Number Street: 757 Chestnut Street
City: Manchester  State: NH  ZIP Code: 03104
Contact phone: 603-696-5404  Email: wamann@amburlaw.com
Bar number: #648511
State: MA

✗ /s/ William J. Amann, Esq.
Signature of attorney
Date signed: 9-12-2023 (MM/DD/YYYY)

---